| Fill in this information to identify the case: |
| :--- |

Debtor name ___Nivo Solar LLC___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF TEXAS___

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | Summary of Assets |
| :--- | :--- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................... $ _____ 0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................ $ _____ 564,953.17

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................. $ _____ 564,953.17

| Part 2: | Summary of Liabilities |
| :--- | :--- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $ _____ 651,320.99

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ _____ 0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ _____ 3,291,045.45

4. **Total liabilities** ...................................................................................................................
   Lines 2 + 3a + 3b          $ _____ 3,942,366.44

**Fill in this information to identify the case:**

Debtor name     Nivo Solar LLC

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property         **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Bank of Houston | Checking | 8033 | $32,563.54 |
| 3.2. | Bank of Houston | Checking | 8041 | $64,467.21 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.         $97,030.75

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

Debtor      Nivo Solar LLC                                                   Case number *(If known)*  _____
            Name

11b. Over 90 days old:     1,075.00     -        0.00    =....        $1,075.00
                       face amount          doubtful or uncollectible accounts

11b. Over 90 days old:     4,150.00     -        0.00    =....        $4,150.00
                       face amount          doubtful or uncollectible accounts

11b. Over 90 days old:   119,539.60     -        0.00    =....      $119,539.60
                       face amount          doubtful or uncollectible accounts

11b. Over 90 days old:       484.35     -        0.00    =....          $484.35
                       face amount          doubtful or uncollectible accounts

11b. Over 90 days old:     1,000.00     -        0.00    =....        $1,000.00
                       face amount          doubtful or uncollectible accounts

11b. Over 90 days old:     2,500.00     -        0.00    =....        $2,500.00
                       face amount          doubtful or uncollectible accounts

11b. Over 90 days old:       500.00     -        0.00    =....          $500.00
                       face amount          doubtful or uncollectible accounts

11b. Over 90 days old:     3,887.25     -        0.00    =....        $3,887.25
                       face amount          doubtful or uncollectible accounts

11b. Over 90 days old:     3,950.00     -        0.00    =....        $3,950.00
                       face amount          doubtful or uncollectible accounts

11b. Over 90 days old:     3,800.00     -        0.00    =....        $3,800.00
                       face amount          doubtful or uncollectible accounts

11b. Over 90 days old:     4,703.87     -        0.00    =....        $4,703.87
                       face amount          doubtful or uncollectible accounts

11b. Over 90 days old:     2,500.00     -        0.00    =....        $2,500.00
                       face amount          doubtful or uncollectible accounts

11b. Over 90 days old:     9,558.00     -        0.00    =....        $9,558.00
                       face amount          doubtful or uncollectible accounts

11b. Over 90 days old:     3,800.00     -        0.00    =....        $3,800.00
                       face amount          doubtful or uncollectible accounts

Debtor    Nivo Solar LLC _____          Case number *(If known)* _____
          Name

| 11b. Over 90 days old: | 3,945.00 | - | 0.00 | =.... | $3,945.00 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 4,250.00 | - | 0.00 | =.... | $4,250.00 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 400.00 | - | 0.00 | =.... | $400.00 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 4,000.00 | - | 0.00 | =.... | $4,000.00 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 4,264.62 | - | 0.00 | =.... | $4,264.62 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 4,205.90 | - | 0.00 | =.... | $4,205.90 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 4,161.38 | - | 0.00 | =.... | $4,161.38 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 3,800.00 | - | 0.00 | =.... | $3,800.00 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 3,904.50 | - | 0.00 | =.... | $3,904.50 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 12,300.00 | - | 0.00 | =.... | $12,300.00 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 3,800.00 | - | 0.00 | =.... | $3,800.00 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 12,300.00 | - | 0.00 | =.... | $12,300.00 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 3,800.00 | - | 0.00 | =.... | $3,800.00 |
| | face amount | | doubtful or uncollectible accounts | | |

Debtor    Nivo Solar LLC                                              Case number *(If known)*  _____
          Name

| 11b. Over 90 days old: | 18,300.00 | - | 0.00 | =.... | $18,300.00 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 2,000.00 | - | 0.00 | =.... | $2,000.00 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 4,500.00 | - | 0.00 | =.... | $4,500.00 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 0.00 | - | 0.00 | =.... | Unknown |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 1,000.00 | - | 0.00 | =.... | $1,000.00 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 5,000.00 | - | 0.00 | =.... | $5,000.00 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 3,000.00 | - | 0.00 | =.... | $3,000.00 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 14,408.45 | - | 0.00 | =.... | $14,408.45 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 2,000.00 | - | 0.00 | =.... | $2,000.00 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 5,000.00 | - | 0.00 | =.... | $5,000.00 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 14,322.50 | - | 0.00 | =.... | $14,322.50 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 2,000.00 | - | 0.00 | =.... | $2,000.00 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 1,743.00 | - | 0.00 | =.... | $1,743.00 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 15,729.00 | - | 0.00 | =.... | $15,729.00 |
| | face amount | | doubtful or uncollectible accounts | | |

Debtor    Nivo Solar LLC
          Name                                              Case number *(If known)*

| 11b. Over 90 days old: | 2,000.00 | - | 0.00 | =... | $2,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 10,000.00 | - | 0.00 | =... | $10,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 12,000.00 | - | 0.00 | =... | $12,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 7,200.00 | - | 0.00 | =... | $7,200.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.   **Total of Part 3.**
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

      $346,782.42

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** 9 desks | Unknown | | $300.00 |

40.   **Office fixtures**

41.   **Office equipment, including all computer equipment and communication systems equipment and software**

| Debtor | Nivo Solar LLC | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| MAC Book | Unknown | | $391.00 |
|---|---|---|---|
| HP Laptop | Unknown | | $449.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** | $1,140.00
    Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  2023 Isuzu NPR-HD BOX diesel - JALC4J16XP7012585 | Unknown | | $30,000.00 |
| 47.2.  2023 Isuzu NPR-HD BOX gasoline - 54DC4J1D8PS202250 | Unknown | | $30,000.00 |
| 47.3.  2021 RAM PROMASTER - 3C6LRVBGZME525222 | Unknown | | $20,000.00 |
| 47.4.  2021 RAM PROMASTER - 3C6LRVBG8ME525211 | Unknown | | $20,000.00 |
| 47.5.  2021 RAM PROMASTER - 3C6LRVBG8ME525208 | Unknown | | $20,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

Debtor    Nivo Solar LLC                                    Case number *(If known)* _____
          Name

51.  **Total of Part 8.**                                    | $120,000.00 |
     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☑ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

| Part 9: | **Real property** |

54. **Does the debtor own or lease any real property?**

     ☑ No.  Go to Part 10.
     ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

59. **Does the debtor have any interests in intangibles or intellectual property?**

     ☑ No.  Go to Part 11.
     ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☑ No.  Go to Part 12.
     ☐ Yes Fill in the information below.

| Debtor | Nivo Solar LLC | Case number *(If known)* |
|---|---|---|
| | Name | |

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $97,030.75 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $346,782.42 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,140.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $120,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $564,953.17 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $564,953.17 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Nivo Solar LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** 
Consolidated Electrical Distributors,
*Creditor's Name*
Inc.  D.B.A.  Greentech Renewables  Inc
1920  Westridge  Dr
Irving, TX 75038
*Creditor's mailing address*

**Describe debtor's property that is subject to a lien**
Financing

| | Amount of claim | Value of collateral |
|---|---|---|
| | $579,557.82 | Unknown |

**Describe the lien**
Secured Loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

*Creditor's email address, if known*

**Date debt was incurred**
07/17/2024
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2** Enclave Office Park, LLC
*Creditor's Name*

17117 South Drive, Suite B
Cypress, TX 77433
*Creditor's mailing address*

**Describe debtor's property that is subject to a lien**
Lease of 12788 Grant Rd., Cypress, Texas 77429

| | Amount of claim | Value of collateral |
|---|---|---|
| | $6,831.67 | Unknown |

**Describe the lien**
Commerical Lease

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

*Creditor's email address, if known*

**Date debt was incurred**
05/24/2023
**Last 4 digits of account number**

---

Debtor    Nivo Solar LLC                                                    Case number (if known) _____
_____
          Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | Isuzu Finance of America, Inc. | | $30,000.00 | $30,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | | |
| | 2500 Westchester Ave. Suite 312 Purchase, NY 10577 | 2023 Isuzu NPR-HD BOX diesel - JALC4J16XP7012585 | | |
| | Creditor's mailing address | | | |
| | | **Describe the lien** | | |
| | | | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | Isuzu Finance of America, Inc. | | $30,000.00 | $30,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | | |
| | 2500 Westchester Ave. Suite 312 Purchase, NY 10577 | 2023 Isuzu NPR-HD BOX gasoline - 54DC4J1D8PS202250 | | |
| | Creditor's mailing address | | | |
| | | **Describe the lien** | | |
| | | | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | Leadership Sq. Realty Investors, LLC | **Describe debtor's property that is subject to a lien** | $4,931.50 | Unknown |
|---|---|---|---|---|

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 3

Debtor    Nivo Solar LLC
_____          Case number (if known) _____
          Name

Creditor's Name
_____          Lease of One Leadership Square, Two
                                           Leadership Square, and the Atrium located at
103 Dean A. McGee,                         211 North Robinson Ave., Oklahoma City,
Avenue, Suite 200                          County of Oklahoma 73102
Oklahoma City, OK 73102                    _____
Creditor's mailing address                 **Describe the lien**
                                           Office Lease Agreement
                                           _____
                                           **Is the creditor an insider or related party?**
_____
                                           ■ No
Creditor's email address, if known         ☐ Yes

                                           **Is anyone else liable on this claim?**
**Date debt was incurred**                 ■ No
12/01/2024                                 ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**          **As of the petition filing date, the claim is:**
**interest in the same property?**         Check all that apply
■ No                                       ☐ Contingent
☐ Yes. Specify each creditor,              ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $651,320.99

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

**Fill in this information to identify the case:**

Debtor name __Nivo Solar LLC__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>Aptive Environmental<br>c/o Jeremy Fielding<br>4550 Travis Street<br>Dallas, TX 75205<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Legal Settlement__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $787,500.00 |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>Aurora<br>PO Box 102896<br>Pasadena, CA 91189-2896<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Design Software__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $422,386.01 |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>Beacon Building (QXO)<br>PO Box 101087<br>Pasadena, CA 91189<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Roofing Materials__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $24,149.96 |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>BPM<br>PO Box 8580<br>Pasadena, CA 91109<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Netsuite Consulting__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $470.00 |

| Debtor | Nivo Solar LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,800.00 |
|---|---|---|---|

Canales Law
2601 Morgan Ave
Corpus Christi, TX 78405

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Legal Work

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $615,067.17 |
|---|---|---|---|

CED
500 Morris Oliver Wy Ste 300
Katy, TX 77494

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Solar Supplies

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $701.97 |
|---|---|---|---|

Checkr
1 Montgomery Street Suite #2400
San Francisco, CA 94104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Background checks

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,070.45 |
|---|---|---|---|

CIGNA
300 Bellevue Pkwy #135
Wilmington, DE 19809

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Final Insurance Payment

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $253.68 |
|---|---|---|---|

Consilio
1828 L Street NW Suite 1070
Washington, DC 20036

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Online File Hosting

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,714.52 |
|---|---|---|---|

Copperpoint Worker's Comp
3030 N 3rd St
Phoenix, AZ 85012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Worker's Comp

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $720.00 |
|---|---|---|---|

Ema Rosas
6990 FM 1833
Robstown, TX 78380

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Corpus Office Cleaning

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  Nivo Solar LLC
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address** | $675.00 |

Ensite Services LLC
3308 Tiverton Ct, Ste 200
Arlington, TX 76001

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Site Survey

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address** | $799,996.95 |

Ewing Werlein and Suzanne Werlein
c/o Justin R. Huber
McDowell Hetherington LLP
1001 Fannin Street, Suite 2400
Houston, TX 77002

**Date(s) debt was incurred** 10/24/2024

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Default Judgment

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.14 | **Nonpriority creditor's name and mailing address** | $2,361.68 |

Five Star Diesel - 22 Promaster
5829 Sam Houston Pkwy Ste 508
Houston, TX 77041

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  2022 RAM Repairs

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address** | $5,518.03 |

Five9
3001 Bishop Dr Ste. 350
San Ramon, CA 94583

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Phone Service

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address** | $143.45 |

Graybar Electric
PO Box 840458
Dallas, TX 75284

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Electric Supplies

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address** | $8,855.00 |

GRSM
100 Pringle Ave, Suite 300
Walnut Creek, CA 94596

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Legal Work

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address** | $32,360.00 |

Hartline Barger
8750 N. Central Expressway, Suite 1600
Dallas, TX 75231

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Legal Work

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   Nivo Solar LLC
_____     Case number (if known) _____
Name

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,250.00 |
|---|---|---|---|

KanPro
2220 West Douglas Avenue
Suite 425
Wichita, KS 67202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Internal ductwork sealing for Jacob Hundley Job

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $104,057.28 |
|---|---|---|---|

Kingbee
2272 S 5600 W
West Valley City, UT 84120

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Truck Rentals

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $944.68 |
|---|---|---|---|

Locke Supply Co
PO Box 24980
Oklahoma City, OK 73124

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Electrical Supplies for jobs

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.00 |
|---|---|---|---|

LonePeak
6955 Union Park Center Dr Ste 200
Cottonwood Heights, UT 84047

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Legal Work

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,050.00 |
|---|---|---|---|

LRS
14641 Spid Dr Ste B
Corpus Christi, TX 78418

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Engineering Services

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $194,719.30 |
|---|---|---|---|

Manning Curtis
201 South Main Street, Suite 750
Salt Lake City, UT 84111

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Legal Work

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,750.00 |
|---|---|---|---|

Miranda Bass (Pretty Picnics) Gala
6525 Ponil Creek
Corpus Christi, TX 78414

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Employee Party Planning

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   __Nivo Solar LLC_____   Case number (if known) _____

Name

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.00 |
|---|---|---|---|

Nations Drywall Repair
211 Prarie Lake Dr
Wentzville, MO 63385

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Drywall Repair_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,270.00 |
|---|---|---|---|

Next Renewable Global PTE. LTD.
3506 Greenwich Dr.
Corpus Christi, TX 78414

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Engineering/Design Services_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $215.60 |
|---|---|---|---|

Novir
126 N Jefferson Street
Suite 100
Milwaukee, WI 53202

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _IntaClear panel kit_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,428.10 |
|---|---|---|---|

Oracle

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Netsuite/Software_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88,756.01 |
|---|---|---|---|

Parsons Behle
201 S Main Street, Suite 1800
Salt Lake City, UT 84111

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Legal Work_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,200.00 |
|---|---|---|---|

Robert Guerra
1201 E. Van Buren
Brownsville, TX 78520

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Legal Work_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,200.00 |
|---|---|---|---|

Robert Guerra, PLLC
1201 E. Van Buren
Brownsville, TX 78520

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Legal Work_

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor | Nivo Solar LLC |
| | Name |

Case number (if known) _____

---

**3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $44,653.86
Rose Law
120 E Fourth Street
Little Rock, AR 72201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Legal Work

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | | $861.00
SolarInsure
PO Box 737587
Manchester, OK 73758-7000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Warranty Panel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | | $493.68
Solo (05205-5614 and 042025-5248)
3301 N Thanksgiving Way, Suite 150
Lehi, UT 84043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Proposals

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | | $4,047.02
Stack Integrated
140 S Main Street Unit A
Lindon, UT 84042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Platform Hosting Fee

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | | $4,300.00
Sunago Roofing (second half)
914 E. Douglass, Suite #204
Wichita, KS 67202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  2nd half of roof payment

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | | $2,502.85
Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trenching Equipment Rentals

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | | $2,793.35
The Reinalt-Thomas Corporation Discount
PO Box 842349
Los Angeles, CA 90084

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Tires for trucks

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Nivo Solar LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.40 | **Nonpriority creditor's name and mailing address**<br>Tritex<br>5508 Christoval Rd<br>San Angelo, TX 76904 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,300.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** San Angelo Office Rent<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address**<br>United Rentals<br>PO Box 840514<br>Dallas, TX 75284-0514 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,214.62 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** Equipment Rentals<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address**<br>Valvoline Oil<br>PO Box 74008513<br>Chicago, IL 60674 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,659.23 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** Oil Changes<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address**<br>WorkBright (MMC LLC)<br>4403 Zahir CT<br>Irving, TX 75061 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $15,885.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** Overseas workers<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:   List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 3,291,045.45 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 3,291,045.45 |

**Fill in this information to identify the case:**

Debtor name        Nivo Solar LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property* (Official Form 206A/B)

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest — Direct Seller Agreement | |
|     State the term remaining | Cache Valley Ranch LLC |
|     List the contract number of any government contract | 1800 N State St<br>Provo, UT 84604 |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest — Loan and Security Agreement | |
|     State the term remaining | De Lage Landen Financial Services |
|     List the contract number of any government contract | P.O. Box 41601<br>Philadelphia, PA |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest — Cypress Office Lease | |
|     State the term remaining | Enclave Office Park, LLC |
|     List the contract number of any government contract | 12788 Grant Rd<br>Cypress, TX 77429 |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest — TPO Dealer Agreement | |
|     State the term remaining | EnFin Corporation |
|     List the contract number of any government contract | 400 Spectrum Center Dr., #1400<br>Irvine, CA 92618 |

| Debtor 1 | Nivo Solar LLC | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement for Assignment of Retail Installment Contracts | |
|---|---|---|---|
| | State the term remaining | | EverBright, LLC |
| | List the contract number of any government contract | | Attn: Installer Notices 700 Universe Blvd. Juno Beach, FL 33408 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | GoodLeap Direct Sales Installation Agreement | |
|---|---|---|---|
| | State the term remaining | | GoodLeap, LLC |
| | List the contract number of any government contract | | Attn: Jay Laifman, General Counsel 8781 Sierra College Blvd. Roseville, CA 95661 |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Market Share Addendum to GoodLeap Finacing Program Agreement | |
|---|---|---|---|
| | State the term remaining | | GoodLeap, LLC |
| | List the contract number of any government contract | | 8781 Sierra College Blvd. Roseville, CA 95661 |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | GoodLeap Program Agreement | |
|---|---|---|---|
| | State the term remaining | | GoodLeap, LLC |
| | List the contract number of any government contract | | Attn: Jay Laifman, General Counsel 8781 Sierra College Blvd. Roseville, CA 95661 |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Direct Seller Agreement | |
|---|---|---|---|
| | State the term remaining | | Howard Bachman Jr. |
| | List the contract number of any government contract | | 11025 Northwest 7th Street Yukon, OK 73099 |

Debtor 1   Nivo Solar LLC                                        Case number *(if known)* _____
     First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest | Oklahoma Office Lease |
| State the term remaining | |
| List the contract number of any government contract | Leadership Sq. Realty Investors LLC<br>103 Dean A. McGee, Avenue, Suite 200<br>Oklahoma City, OK 73102 |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest | Mosaic Program Participation Agreement |
| State the term remaining | |
| List the contract number of any government contract | Solar Mosaic LLC<br>Attn: Legal Department<br>601 12th Street, Suite 325<br>Oakland, CA 94607 |
| **2.12.** State what the contract or lease is for and the nature of the debtor's interest | Asset Purchase Agreement |
| State the term remaining | |
| List the contract number of any government contract | SpartanX LLC<br>Attn: Brian Schonbeck<br>3506 Bolide St.<br>Sebring, FL 33872 |
| **2.13.** State what the contract or lease is for and the nature of the debtor's interest | Master Installer Service Agreement |
| State the term remaining | |
| List the contract number of any government contract | TriBeam Financial, Inc.<br>Attn: Alexi Evriviades<br>136 S Main Street, Ste. 400<br>Salt Lake City, UT 84101 |

| Fill in this information to identify the case: |
| :--- |

Debtor name    <u>Nivo Solar LLC</u>

United States Bankruptcy Court for the:    <u>SOUTHERN DISTRICT OF TEXAS</u>

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| :--- | :--- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| :--- | :--- | :--- |
| For prior year:<br>From 1/01/2024 to 12/31/2024 | ☑ Operating a business<br>☐ Other _____ | $27,076,020.00 |
| For year before that:<br>From 1/01/2023 to 12/31/2023 | ☑ Operating a business<br>☐ Other _____ | $28,057,344.00 |
| For the fiscal year:<br>From 1/01/2022 to 12/31/2022 | ☑ Operating a business<br>☐ Other _____ | $35,553,185.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| :--- | :--- | :--- |
| | | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| :--- | :--- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| :--- | :--- | :--- | :--- |

Debtor   Nivo Solar LLC _____   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  JP Ventures<br>2158 NE 16th St<br>Fruitland, ID 83619 | 3/14/2025 | $11,094.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.2.  Canales Law Firm, PLLC<br>2601 Morgan Ave.<br>Corpus Christi, TX 78405 | 3/27/2025<br>3/24/2025<br>3/24/2025<br>3/24/2025<br>3/24/2025 | $16,440.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.3.  Enclave Office Park, LLC<br>17117 South Drive, Suite B<br>Cypress, TX 77433 | 4/1/2025 | $9,367.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.4.  Moses Herrera EG Solar LLC<br>7240 Clear Oak Circle<br>Noblesville, IN 46062 | 4/03/2025 | $7,790.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.5.  Elliot Electric Supply<br>PO Box 206524<br>Dallas, TX 75320 | 4/10/2025 | $17,314.72 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.6.  MMC LLC (Work Bright Business Solutions)<br>4403 Zahir Ct.<br>Irving, TX 75061 | 4/10/2025 | $25,137.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.7.  LRS Engineering<br>14641 Spid Dr. Ste. B<br>Corpus Christi, TX 78418 | 3/18/2025<br>3/25/2025<br>3/25/2025<br>4/1/2025<br>4/11/2025 | $19,600.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.8.  Molly Marriott<br>1423 E 1200 S<br>Bountiful, UT 84010 | 4/18/2025 | $7,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other_ Employee Prepayment _ |

Debtor    Nivo Solar LLC                                          Case number *(if known)*

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.9. | Becca Morley<br>570 Larsen Dr<br>Bountiful, UT 84010 | 4/18/2025 | $22,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _Employee Prepayment_ |
| 3.10. | Russell Roberts<br>20 Coralberry Rd<br>The Woodlands, TX 77381 | 4/18/2025 | $21,250.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _Employee Prepayment_ |
| 3.11. | JBS & Company, LLC<br>101 Log Canoe Circle, Suite# D<br>Stevensville, MD 21666 | 5/09/2025 | $15,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other __ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**

   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|

6. **Setoffs**

   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

   | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|

Debtor   Nivo Solar LLC _____   Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Ewing Werlein and Suzanne Welein v. NIVO, LLC<br>2024-31649 | Fire occurring in the breaker box after installation, currently in Default Judgement | 55th Judicial District Court<br>Harris County Texas<br>201 Caroline Street<br>Houston, TX 77002 | ☐ Pending<br>☑ On appeal<br>☐ Concluded |
| 7.2. | Jeanette Daidone and William Eldon Flores v. Nivo, LLC, Tyler Bradshaw, M.O.E. Construction, LLC, and Moses Soto, Jr.<br>2023DCV-3432-A | Third party contractor failed to complete work and did a poor job on what work was accomplished. Contractor went out of business. Entered negotiations, plaintiff did not respond after offers made | Nueces County District Court<br>28th Judicial District<br>901 Leopard St #803<br>Corpus Christi, TX 78401 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Marie Gerrald v TLB Fortune d/b/a Nivo Solar, and Goodleap, LLC<br>46CV-23-225 | Plaintiff discovered after installation that their payments with the financier (per the financier agreement), would escalate over time. Currently in discovery after Nivo responded to Interrogatories and Requests | Circuit Court of Miller County, Arkansas<br>400 Laurel St #109<br>Texarkana, AR 71854 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Raymond Clendenen and Darlene Gott v. Nivo Solar LLC and Everbright R2, LLC<br>2024-85063 | Plaintiff didn't receive a tax refund because they didn't qualify with the government. Claimed underperforming panels. | Harris County District Court<br>270th Judicial District Court<br>201 Caroline, 13th Floor<br>Houston, TX 77002 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | Felicia Smith v Solar Mosaic LLC, Nivo Solar of Arkansas LLC, and Nivo Solar LLC d/b/a Nivo<br>10cv-25-36 | Plaintiff never wanted panels but was pressured into buying them even after trying to cancel. Claims system did not get rid of electric bill. Lawsuit goes into great detail about how no one really wants anyone knocking on their door. Nivo signed a declaration that was sent back to the plaintiff. | Circuit Court of Clark County Arkansas<br>401 Clay Street, Second Floor<br>Arkadelphia, AR 71923 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor ___Nivo Solar LLC_____    Case number *(if known)* _____

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.6. | Carl Wilkerson and Rita Wilkerson v Nivo Solar, LLC and Goodleap, LLC 1234394 | Sales Rep misrepresentations including "direct cash monetary incentives, payments of electric bills, and additional rebates or remedies should the panels not perform as promised or advertised." Plaintiff claims never to have signed physically or digitally an agreement with Nivo and that the email on the documents does not belong to them. | Harris County Civil Court No. 4 201 Caroline, 5th Floor Houston, TX 77002 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.7. | Curtis Torres v Solar Mosaic Inc and Nivo Solar LLC CV55123 | Claims panels are underperforming, he didn't get a tax credit, now there's a lien on his home from Mosaic. | Wharton County District Court 23rd Judicial District 100 S. Fulton St., Suite 102 Wharton, TX 77488 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.8. | Benito Ramirez v Goodleap LLC and Nivo, LLC and Juan Benitez C-0547-24-I | Failure to pay resulted in a lien on the panels and plaintiff wants the lien removed. The financier agreed to remove the lien. | Hidalgo County Court 100 N. Closner Third Floor Edinburg, TX 78539 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.9. | Alejandro Ysquierdo and Guadalupe Ysquierdo v Nivo LLC d/b/a Nivo Solar Panels CL-24-1544-A | Plaintiff did not receive the tax credit. | Hidalgo County Court No. 1 100 N. Closner Third Floor Edinburg, TX 78539 | ■ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

Debtor    Nivo Solar LLC                                    Case number *(if known)*

---

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  Porter Hedges LLP<br>1000 Main Street, 36th Floor<br>Houston, TX 77002 | | 05/28/2025 | $40,000.00 |
| **Email or website address**<br>https://www.porterhedges.com/ | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13. **Transfers not already listed on this statement**
   List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

**Part 7:**   **Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☐ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|
| | |

---

Official Form 207               Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy               page **6**

Debtor    Nivo Solar LLC                                    Case number *(if known)*

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 1334 Brittmoore Rd., Suite 1093 Houston, TX 77043 | 6/01/2022 through 12/01/2024 |

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Bank of Houston 4400 Post Oak Pkwy #2260 Houston, TX 77027 | XXXX-9387 | ☑ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor   Nivo Solar LLC                                          Case number *(if known)*

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| **Part 12:** | **Details About Environment Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

---

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **8**

Debtor   Nivo Solar LLC                                                    Case number *(if known)*

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the<br>inventory | Date of inventory | The dollar amount and basis (cost, market,<br>or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any<br>interest | % of interest, if<br>any |
|---|---|---|---|
| Nivo LLC | 12788 Grant Rd<br>Cypress, TX 77429 | | 100 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Debtor  Nivo Solar LLC                                                          Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Robert A. Marsh, Jr.<br>50 Caprice Bend Place<br>Tomball, TX 77375 | $151,442.20 ('24 Salary) $70,700.00 (Bonus); $2,260.00 (Vehicle Reimbursement); $22,000.00 (Commission); $100.00 (Travel Reimbursement); and $32,692.36 ('25 Salary) | 2024, 2025 | Salary, Bonus, Vehicle Reimbursement, Commission, Travel Reimbursement |
| | **Relationship to debtor**<br>CFO | | | |
| 30.2. | Tyler Bradshaw<br>19311 Tree Canopy Court<br>Cypress, TX 77433 | $136,538.46 ('24 Salary); $100.00 (Travel Reimbursement); $25,625.00 (Expenses Reimbursement); $23,076.96 ('25 Salary) | 2024, 2025 | Salary, Travel and Expenses Reimbursement |
| | **Relationship to debtor**<br>Co-Founder, President, Manager, Member, (Feb 25) CEO | | | |
| 30.3. | John Frampton<br>1256 High Crest Cir<br>Fruit Heights, UT 84037 | $126,923.08 ('24 Salary); $9,615.38 (Retro Pay); $9,230.78 ('25 Salary) | 2024, 2025 | Salary, Retro Pay |
| | **Relationship to debtor**<br>Co-Founder, Member. Prior to Feb 25, CEO & Manager | | | |
| 30.4. | Jake Reed<br>557 Canyon View Circle<br>North Salt Lake, UT 84054 | $22,692.34 ('24 Salary); $103,566.93 (1099 Payment); $68,136.00 (Expenses Reimbursement); $32,692.36 ('25 Salary) | 2024, 2025 | Salary, 1099 Payment, and Expenses Reimbursement |
| | **Relationship to debtor**<br>Chief Operating Officer, Member, Manager | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor ___Nivo Solar LLC_____    Case number _(if known)_ _____

| Part 14: | Signature and Declaration |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___June 30, 2025_____

_Robert A. Marsh, Jr._____         Robert A. Marsh, Jr._____
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    ___CFO_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Southern District of Texas

In re   Nivo Solar LLC
                                                    Case No.
                            Debtor(s)               Chapter     7

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Nivo Solar LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Nivo LLC
12788 Grant Rd
Cypress, TX 77429

☐ None [*Check if applicable*]

06/30/2025
Date

*/s/ Joshua W. Wolfshohl*

Joshua W. Wolfshohl

Signature of Attorney or Litigant
Counsel for   Nivo Solar LLC
Porter Hedges LLP
1000 Main Street, 36th Floor
Houston, TX 77002
(713) 226-6000 Fax:(713) 228-1331
jwolfshohl@porterhedges.com

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Nivo Solar LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    (i) Corporate Ownership Statement (ii) Verification of Creditor Matrix

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 30, 2025    x *Robert A. Marsh, Jr.*
                              Signature of individual signing on behalf of debtor

                              Robert A. Marsh, Jr.
                              Printed name

                              CFO
                              Position or relationship to debtor

Official Form 202                Declaration Under Penalty of Perjury for Non-Individual Debtors