EXHIBIT 5

The Order of the Court is stated below:
Dated:   August 08, 2025          /s/   JAMES GARDNER
         04:15:34 PM              District Court Judge

Matthew A. Steward (Bar No. 7637)
Victoria B. Finlinson (Bar No. 15103)
CLYDE SNOW & SESSIONS
One Utah Center
201 S. Main Street, Suite 2200
Salt Lake City, Utah 84111-2216
Telephone:    (801) 322-2516
Facsimile:    (801) 521-6280
mas@clydesnow.com
vbf@clydesnow.com

*Attorneys for Plaintiff Aptive Environmental, LLC*

## IN THE THIRD JUDICIAL DISTRICT COURT

## SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| APTIVE ENVIRONMENTAL, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BEN ZEMONEK, <br><br> Defendant. | **JUDGMENT** <br><br> Civil No. 250905624 <br><br> Judge James Gardner |

Pursuant to Utah Code Ann.§ 78B-23-102 and Rule 58A(i) of the Utah Rules of Civil Procedure and the Confession of Judgment, judgment is hereby entered for Aptive Environmental, LLC Aptive and against Nivo Solar, LLC and Ben Zemonek, jointly and severally, in the amount of $1,050,000.00. The amount of the judgment shall be increased by the amount of any reasonable costs and attorneys' fees incurred by Plaintiff in its execution and satisfaction of this judgment and post-judgment statutory interest, as allowed by the Parties' agreement and approved by the Court.

**\*\*\*\* ENTERED BY THE COURT ON THE DATE AND AS INDICATED**

**BY THE COURT'S SEAL ON THE FIRST PAGE\*\*\*\***

APPROVED AS TO FORM AND CONTENT

PARSONS BEHLE & LATIMER

/s/ Mark Tolman
Mark Tolman
*Attorney for Defendant Nivo*
(signature on file in Plaintiff's attorney's office)

RAY QUINNEY & NEBEKER

/s/ Beth Ranschau
Beth Ranschau
*Attorney for Defendant Ben Zemonek*
(signature on file in Plaintiff's attorney's office)

## Certificate of Service

I certify that I filed with the court and am serving a copy of this Confession of Judgment on the following people:

| Person's Name | Service Method | Service Address | Service Date |
|---|---|---|---|
| Ben Zemonek | [X] Mail<br>[ ] Hand Delivery<br>[ ] E-filed<br>[ ] Email<br>[ ] Left at business (With person in charge or in receptacle for deliveries.)<br>[ ] Left at home (With person of suitable age and discretion residing there.) | 816 Sienna Palm Lane<br>Houston, TX 77008 | Aug. 6, 2025 |
| Beth Ranschau<br>Ray Quinney & Nebeker | [ ] Mail<br>[ ] Hand Delivery<br>[ ] E-filed<br>[X] Email<br>[ ] Left at business (With person in charge or in receptacle for deliveries.)<br>[ ] Left at home (With person of suitable age and discretion residing there.) | branschau@rqn.com | Aug. 6, 2025 |

August 6, 2025

Date

Signature ▶   /s/ Kari Peck

Printed Name   Kari Peck

9/4/2025 3:20 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 105214003
By: Wanda Chambers
Filed: 9/4/2025 3:20 PM

CAUSE NO. _____

| | | |
|---|---|---|
| APTIVE ENVIRONMENTAL, LLC, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff/Judgment Creditor, | § | |
| | § | |
| v. | § | _____ JUDICIAL DISTRICT |
| | § | |
| BEN ZEMONEK, | § | |
| | § | |
| Defendant/Judgment Debtor. | § | HARRIS COUNTY, TEXAS |

## NOTICE OF FILING FOREIGN JUDGMENT

You are hereby notified that the Judgment Creditor named below has filed an authenticated copy of a Judgment with the above-described Court. The Judgment named you as the Judgment Debtor and was rendered by the Third Judicial District Court, Salt Lake County, State of Utah in Civil No. 250905624.

The filing was made under the provisions of the Uniform Enforcement of Foreign Judgments Act.

The name and address of each Judgment Debtor is as follows:

Ben Zemonek
816 Sienna Palm Lane
Houston, Texas 77008

**THIS IS AN ATTEMPT TO COLLECT A DEBT, ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.  THIS IS A COMMUNICATION FROM A DEBT COLLECTOR.**

Dated: August 19, 2025

Respectfully submitted,

*/s/ Clint Cowan*
Clint Cowan
Texas Bar No. 24109760
ccowan@lynnllp.com
**Lynn Pinker Hurst & Schwegmann, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: (214) 981-3800
Facsimile: (214) 981-3839

*ATTORNEYS FOR PLAINTIFF/JUDGMENT CREDITOR*

9/4/2025 3:20:44 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 105214003
By: CHAMBERS, WANDA R
Filed: 9/4/2025 3:20:44 PM

CAUSE NO. _____

| | | |
|---|---|---|
| APTIVE ENVIRONMENTAL, LLC, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff/Judgment Creditor, | § | |
| | § | |
| v. | § | _____ JUDICIAL DISTRICT |
| | § | |
| BEN ZEMONEK, | § | |
| | § | |
| Defendant/Judgment Debtor. | § | HARRIS COUNTY, TEXAS |

## AFFIDAVIT OF LAST KNOWN ADDRESS

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF DALLAS | § |

BEFORE ME, the undersigned notary, on this day personally appeared Clint Cowan, who upon oath did state as follows:

"My name is Clint Cowan. I am over the age of eighteen years, of sound mind and competent to make this Affidavit. I am an attorney licensed to practice law in the State of Texas.

I represent the Judgment Creditor, Aptive Environmental, LLC. The address of Judgment Creditor is:

Aptive Environmental, LLC
5132 N 300 W #150
Provo, Utah 84604

I certify that the name and last known address of the Judgment Debtor is:

Ben Zemonek
816 Sienna Palm Lane
Houston, Texas 77008"

_____
Clint Cowan

SUBSCRIBED AND SWORN TO BEFORE ME, on this __19th__ day of August, 2025.

KERRI JONES
My Notary ID # 10264000
Expires December 7, 2027

Notary Public, State of Texas

9/10/2025 5:09 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 105470078
By: Brenda Barrios
Filed: 9/10/2025 5:09 PM

## CAUSE NO. 2025-65608

| | | |
|---|---|---|
| **APTIVE ENVIRONMENTAL, LLC,** | § | **IN THE DISTRICT COURT** |
| *Plaintiff/Judgment Creditor,* | § | |
| | § | |
| **v.** | § | **055ᵗʰ JUDICIAL DISTRICT** |
| | § | |
| **BEN ZEMONEK,** | § | |
| *Defendant/Judgment Debtor.* | § | **HARRIS COUNTY, TEXAS** |

## AFFIDAVIT OF SERVICE

On this day personally appeared **Angela Rocha** who, being by me duly sworn, deposed, and said:

"The following came to my hand on the 9ᵗʰ day of September 2025, at 3:50 o'clock P.M.,

### NOTICE (SHORT FORM) and
### NOTICE OF FILING FOREIGN JUDGMENT, AFFIDAVIT OF LAST KNOWN ADDRESS, JUDGMENT (CIVIL NO. 250905624, THIRD JUDICIAL DISTRICT COURT, SALT LAKE COUNTY, STATE OF UTAH)

And was executed **at 816 Sienna Palm Lane, Houston, TX 77008** within the County of **Harris** at **7:03 o'clock P.M.** on the 9ᵗʰ day of September 2025, by delivering a true copy to the within named

### BEN ZEMONEK

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age, and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to the service of Process. I am not a party to this suit nor related or affiliated with any herein and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct.

_____
**Angela Rocha**
**Authorized Person PSC: 20269 / Exp: 09/30/2025**

BEFORE ME, a Notary Public, on this day personally appeared **Angela Rocha**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his personal knowledge and are true and correct.

**SUBSCRIBED AND SWORN TO BEFORE ME on this 10ᵗʰ day of September 2025.**

_____
**Notary Public, State of Texas**

NATALIA LISENKO
Notary Public, State of Texas
Comm. Expires 03-22-2029
Notary ID 133793

CAUSE NO. 202565608

COPY OF PLEADING PROVIDED BY PLT

Receipt #: 1036793
EML
TR #:   74538014

---

PLAINTIFF:   APTIVE ENVIRONMENTAL LLC

Vs.

DEFENDANT:   ZEMONEK, BEN

In the 055th
Judicial District Court of
Harris County, Texas

---

### *NOTICE (SHORT FORM)*

THE STATE OF TEXAS
County of Harris

TO:      The Sheriff or any Constable of HOUSTON
         Or Other Authorized Person

## YOU ARE HEREBY COMMANDED to serve

**ZEMONEK, BEN**
**816 SIENNA PALM LANE**
**HOUSTON TX 77008**

Who resides in the County of HARRIS in the State of TEXAS, with the accompanying certified copy of NOTICE OF FILING FOREIGN JUDGMENT.

HEREIN FAIL NOT. but of this Notice make due return as the law directs.

ISSUED AND GIVEN UNDER MY HAND AND SEAL OF SAID COURT at Houston, Texas, this _day_ September 5, 2025.

Issued at request of:
COWAN, SAMUEL CLINTON
2100 ROSS AVENUE STE 2700
DALLAS, TX  75201
214-981-3800

Bar No:  24109760

Marilyn Burgess, **DISTRICT CLERK**
HARRIS COUNTY.  T E X A S
201 Caroline, Houston, Texas 77002
P.O. Box 4651, Houston. Texas 77210

Generated By: WANDA CHAMBERS

Tracking Number: 74538014

CAUSE NUMBER: 202565608

| PLAINTIFF: APTIVE ENVIRONMENTAL LLC | In the 055th |
|---|---|
| vs. | Judicial District Court |
| of | |
| DEFENDANT: ZEMONEK, BEN | Harris County, Texas |

### OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock _____.M., on the _____ day of _____, 20__.

Executed at (address) _____ in _____ County

at _____ o'clock _____.M., on the _____ day of _____, 20__, by delivery to

the within named_____

the accompanying _____

To certify which I affix my hand officially this _____ day of _____, 20__.

FEE: $_____    ~~RETURN / AFFIDAVIT~~

~~PROOF / ATTACHED~~ of _____County, Texas

_____    by _____
            Affiant                                                      Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on _____, 20__.

_____
            Notary Public

9/9/2025 11:08 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 105375286
By: Ozuqui Quintanilla
Filed: 9/9/2025 11:08 AM

## CAUSE NO. 202565608

| | | |
|---|---|---|
| **APTIVE ENVIRONMENTAL, LLC,** | § | **IN THE DISTRICT COURT** |
| | § | |
| **Plaintiff/Judgment Creditor,** | § | |
| | § | |
| **v.** | § | **55TH JUDICIAL DISTRICT** |
| | § | |
| **BEN ZEMONEK,** | § | |
| | § | |
| **Defendant/Judgment Debtor.** | § | **HARRIS COUNTY, TEXAS** |

## PROOF OF MAILING

This is to certify that the Notice of Filing of Foreign Judgment has been mailed to each Defendant/Judgment Debtor at the address shown in the notice and identified below, by certified mail, postage prepaid, return receipt requests, by depositing the same, property wrapped, in an official depository under the care and custody of the United States Postal Service on August 19, 2025.

The name and address of each Judgment Debtor is as follows:

| Name/Address | Certified Mail Number |
|---|---|
| Ben Zemonek<br>816 Sienna Palm Lane<br>Houston, Texas 77008 | 70223330000187868936 |

Dated: September 9, 2025

Respectfully submitted,

*/s/ Clint Cowan*
Clint Cowan
Texas Bar No. 24109760
ccowan@lynnllp.com
**Lynn Pinker Hurst & Schwegmann, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: (214) 981-3800
Facsimile: (214) 981-3839

***ATTORNEYS FOR PLAINTIFF/JUDGMENT
CREDITOR***

---

**PROOF OF MAILING**                                                                                            **Page 2**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kerri Jones on behalf of Samuel Cowan
Bar No. 24109760
kjones@lynnllp.com
Envelope ID: 105375286
Filing Code Description: No Fee Documents
Filing Description: 2025-09-09 Proof of Mailing
Status as of 9/9/2025 12:54 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Clint Cowan | | ccowan@lynnllp.com | 9/9/2025 11:08:25 AM | SENT |
| Kerri Jones | | kjones@lynnllp.com | 9/9/2025 11:08:25 AM | SENT |
| Scot Brown | | swbrown@lynnllp.com | 9/9/2025 11:08:25 AM | SENT |
| Josh Lang | | jlang@lynnllp.com | 9/9/2025 11:08:25 AM | SENT |
| Heather McLaughlin | | hmclaughlin@lynnllp.com | 9/9/2025 11:08:25 AM | SENT |
| Gina Flores | | gflores@lynnllp.com | 9/9/2025 11:08:25 AM | SENT |
| Chelsea Till | | ctill@lynnllp.com | 9/9/2025 11:08:25 AM | SENT |

9/9/2025 3:41 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 105401875
By: Ozuqui Quintanilla
Filed: 9/9/2025 3:41 PM

## CAUSE NO. 202565608

| | | |
|---|---|---|
| **APTIVE ENVIRONMENTAL, LLC,** | § | **IN THE DISTRICT COURT** |
| | § | |
| **Plaintiff/Judgment Creditor,** | § | |
| | § | |
| **v.** | § | **55TH JUDICIAL DISTRICT** |
| | § | |
| **BEN ZEMONEK,** | § | |
| | § | |
| **Defendant/Judgment Debtor.** | § | **HARRIS COUNTY, TEXAS** |

## AMENDED PROOF OF MAILING

This is to certify that the Notice of Filing of Foreign Judgment has been mailed to each Defendant/Judgment Debtor at the address shown in the notice and identified below, by certified mail, postage prepaid, return receipt requests, by depositing the same, property wrapped, in an official depository under the care and custody of the United States Postal Service on August 19, 2025. A copy of the correspondence is attached hereto as Exhibit "A."

The name and address of each Judgment Debtor is as follows:

| Name/Address | Certified Mail Number |
|---|---|
| Ben Zemonek<br>816 Sienna Palm Lane<br>Houston, Texas 77008 | 70223330000187868936 |

Dated: September 9, 2025

Respectfully submitted,

*/s/ Clint Cowan*
Clint Cowan
Texas Bar No. 24109760
ccowan@lynnllp.com
**Lynn Pinker Hurst & Schwegmann, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: (214) 981-3800
Facsimile: (214) 981-3839

***ATTORNEYS FOR PLAINTIFF/JUDGMENT
CREDITOR***

---

# Exhibit A

# LYNN PINKER HURST SCHWEGMANN

CLINT COWAN
*Of Counsel*

D 214 292 3608
F 214 981 3839
ccowan@lynnllp.com

Lynn Pinker Hurst & Schwegmann, LLP
2100 Ross Avenue
Suite 2700
Dallas, Texas 75201
**lynnllp.com**

August 19, 2025

**<u>Via CM/RRR: 70223330000187868936</u>**

Ben Zemonek
816 Sienna Palm Lane
Houston, Texas 77008

Re:     Domestication of Foreign Judgment
        Aptive Environmental, LLC v. Ben Zemonek, Civil No. 250905624 (Third
        Judicial District Court, Salt Lake County, State of Utah)

Dear Mr. Zemonek:

Please find enclosed a copy of the Notice of Filing Foreign Judgment in connection with the above referenced matter.

Should you have any questions, please let me know.

Respectfully,

Clint Cowan

CC/kj
Enclosure

CAUSE NO. _____

| | | |
|---|---|---|
| APTIVE ENVIRONMENTAL, LLC, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff/Judgment Creditor, | § | |
| | § | |
| v. | § | _____ JUDICIAL DISTRICT |
| | § | |
| BEN ZEMONEK, | § | |
| | § | |
| Defendant/Judgment Debtor. | § | HARRIS COUNTY, TEXAS |

## NOTICE OF FILING FOREIGN JUDGMENT

You are hereby notified that the Judgment Creditor named below has filed an authenticated copy of a Judgment with the above-described Court. The Judgment named you as the Judgment Debtor and was rendered by the Third Judicial District Court, Salt Lake County, State of Utah in Civil No. 250905624.

The filing was made under the provisions of the Uniform Enforcement of Foreign Judgments Act.

The name and address of each Judgment Debtor is as follows:

Ben Zemonek
816 Sienna Palm Lane
Houston, Texas 77008

**THIS IS AN ATTEMPT TO COLLECT A DEBT, ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS IS A COMMUNICATION FROM A DEBT COLLECTOR.**

Dated: August 19, 2025

Respectfully submitted,

*/s/ Clint Cowan*
Clint Cowan
Texas Bar No. 24109760
ccowan@lynnllp.com
**Lynn Pinker Hurst & Schwegmann, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: (214) 981-3800
Facsimile: (214) 981-3839

*ATTORNEYS FOR PLAINTIFF/JUDGMENT CREDITOR*



**LYNN**
**PINKER**
**HURST &**
**SCHWEGMANN**

2100 Ross Avenue, Suite 270
Dallas, Texas 75201

CERTIFIED MAIL

7022 3330 0001 8786 8936

Ben Zemonek
816 Sienna Palm Lane
Houston, Texas 77008

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent  ☐ Addressee<br>B. Received by *(Printed Name)*   C. Date of Delivery |
| 1. Article Addressed to:<br><br>**Ben Zemonek**<br>**816 Sienna Palm Lane**<br>**Houston, Texas 77008** | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 8066 2349 0251 57 | 3. Service Type<br>☐ Adult Signature   ☐ Priority Mail Express®<br>☐ Adult Signature Restricted Delivery   ☐ Registered Mail™<br>☐ Certified Mail®   ☐ Registered Mail Restricted Delivery<br>☐ Certified Mail Restricted Delivery   ☐ Signature Confirmation™<br>☐ Collect on Delivery   ☐ Signature Confirmation Restricted Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) |
| 2. Article Number *(Transfer from service label)*<br>7022 3330 0001 8786 8936 | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |

**Tracking Number:**

# 70223330000187868936

 Copy    🏃 Add to Informed Delivery

**Latest Update**

Your item was picked up at a postal facility at 2:48 pm on August 25, 2025 in HOUSTON, TX 77008.

_____

**Get More Out of USPS Tracking:**

📇 USPS Tracking Plus®

✅ **Delivered**
**Delivered, Individual Picked Up at Postal Facility**
HOUSTON, TX 77008
August 25, 2025, 2:48 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Tracking Number:**

# 70223330000187868936

 Copy    🏃 Add to Informed Delivery

**Latest Update**

Your item was picked up at a postal facility at 2:48 pm on August 25, 2025 in HOUSTON, TX 77008.

_____

**Get More Out of USPS Tracking:**

📇 USPS Tracking Plus®

● **Delivered**
**Delivered, Individual Picked Up at Postal Facility**
HOUSTON, TX 77008
August 25, 2025, 2:48 pm

● **Notice Left (No Authorized Recipient Available)**
HOUSTON, TX 77008
August 23, 2025, 11:16 am

● **Arrived at USPS Regional Facility**
NORTH HOUSTON TX DISTRIBUTION CENTER
August 21, 2025, 9:33 pm

● **Arrived at USPS Regional Facility**
SOUTH HOUSTON PROCESSING CENTER
August 21, 2025, 10:19 am

● **Arrived at USPS Regional Facility**
COPPELL TX DISTRIBUTION CENTER
August 20, 2025, 10:11 pm

● **Hide Tracking History**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kerri Jones on behalf of Samuel Cowan
Bar No. 24109760
kjones@lynnllp.com
Envelope ID: 105401875
Filing Code Description: No Fee Documents
Filing Description: 2025-09-09 Amended Proof of Mailing with Exhibit
Status as of 9/10/2025 8:38 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Josh Lang | | jlang@lynnllp.com | 9/9/2025 3:41:22 PM | SENT |
| Gina Flores | | gflores@lynnllp.com | 9/9/2025 3:41:22 PM | SENT |
| Kerri Jones | | kjones@lynnllp.com | 9/9/2025 3:41:22 PM | SENT |
| Scot Brown | | swbrown@lynnllp.com | 9/9/2025 3:41:22 PM | SENT |
| Clint Cowan | | ccowan@lynnllp.com | 9/9/2025 3:41:22 PM | SENT |
| Chelsea Till | | ctill@lynnllp.com | 9/9/2025 3:41:22 PM | SENT |
| Heather McLaughlin | | hmclaughlin@lynnllp.com | 9/9/2025 3:41:22 PM | SENT |

9/16/2025 12:21 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 105635716
By: Ashara Archangel
Filed: 9/16/2025 12:21 PM

COMPLETE THIS FORM WHEN REQUESTING THE ISSUANCE OF AN ABSTRACT
OF JUDGMENT, WRIT OF EXECUTION OR ORDER OF SALE ONLY

## Request **must be saved as a PDF** before submittal for efiling

### POST-JUDGMENT REQUEST FORM

A COPY OF THE ORDER OR JUDGMENT MUST BE FURNISHED

CIRCLE ONE:   FAMILY   or   [CIVIL]          CAUSE No. 202565608

DATE REQUESTED:  9/9/2025

JUDGMENT DATE:  8/8/2025

PETITIONER/PLAINTIFF:  APTIVE ENVIRONMENTAL, LLC

v.

BEN ZEMONEK

REQUEST:                                         DELIVER TO: (CHECK ONE ONLY)

ABSTRACT OF JUDGMENT      X                MAIL TO ATTORNEY            X

EXECUTION            _____        ATTORNEY PICK UP        _____

ORDER OF SALE        _____        COUNTY CLERK            _____

                                                SHERIFF OR CONSTABLE  _____

AMOUNT OF CREDIT
PAID TOWARD JUDGMENT (IF ANY): $ _____

LAST KNOWN ADDRESS OF JUDGMENT DEBTOR          D.O.B. _____

816 Sienna Palm Lane, Houston, TX 77008        D.L. # _____

_____        S.S.N. _____

ATTORNEY: CLINT COWAN
          (or party making request)

_____
        ADDRESS:  2100 Ross Ave., Suite 2700          DATE ISSUED: _____

        CITY:  Dallas, TX 75201                       DEPUTY: _____

        PHONE #: 214 981 3800                         ROUTED TO: _____

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kerri Jones on behalf of Samuel Cowan
Bar No. 24109760
kjones@lynnllp.com
Envelope ID: 105635716
Filing Code Description: Request
Filing Description: 2025-09-09 Post Judgment Request Form
Status as of 9/16/2025 1:02 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Josh Lang | | jlang@lynnllp.com | 9/16/2025 12:21:04 PM | SENT |
| Gina Flores | | gflores@lynnllp.com | 9/16/2025 12:21:04 PM | SENT |
| Kerri Jones | | kjones@lynnllp.com | 9/16/2025 12:21:04 PM | SENT |
| Scot Brown | | swbrown@lynnllp.com | 9/16/2025 12:21:04 PM | SENT |
| Clint Cowan | | ccowan@lynnllp.com | 9/16/2025 12:21:04 PM | SENT |
| Chelsea Till | | ctill@lynnllp.com | 9/16/2025 12:21:04 PM | SENT |
| Heather McLaughlin | | hmclaughlin@lynnllp.com | 9/16/2025 12:21:04 PM | SENT |

10/7/2025 1:06 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 106544922
By: Ozuqui Quintanilla
Filed: 10/7/2025 1:06 PM

## CAUSE NUMBER 2025-65608

| | | |
|---|---|---|
| **APTIVE ENVIROMENTAL, LLC,** | § | **IN THE DISTRICT COURT** |
| **Plaintiff/Judgment Creditor,** | § | |
| | § | |
| **v.** | § | **OF HARRIS COUNTY, TEXAS** |
| | § | |
| **BEN ZEMONEK,** | § | |
| **Defendant/Judgment Debtor** | § | **55TH JUDICIAL DISTRICT** |

### DEFENDANT'S ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES

Ben Zemonek ("Defendant") comes before this Court and hereby files this Original Answer and Affirmative Defenses (the "Answer") to the Notice of Filing Foreign Judgment (the "Petition") filed by Judgment Creditor Aptive Environmental, LLC ("Plaintiff"), and in support thereof would show unto the Court as follows:

#### I.    General Denial

1.    Defendant generally denies, pursuant to Texas Rule of Civil Procedure 92, each and every allegation made against him in Plaintiff's Petition.

#### II.    Affirmative Defenses

2.    Subject to and without waiving the forgoing General Denial, Defendant asserts the following affirmative defenses which bar Plaintiff's right to recover, in whole or in part, for the foreign judgment attempted to be asserted in Plaintiff's Petition:

   a. The Third Judicial District Court, Salty Lake County, State of Utah (the "Rendering Court") lacked jurisdiction to enter the August 8, 2025 Judgment (the "Judgment") that Plaintiff seeks to enforce.

   b. Specifically, the Judgment was entered by the Rendering Court on August 8, 2025. The Judgment was issued against "Nivo Solar, LLC and Ben Zemonek, jointly and severally."

c. However, Nivo Solar, LLC ("Nivo") filed their Original Petition for Non-Individual Filing for Bankruptcy (the "Bankruptcy Action"), identified as Case No. 25-33752 in the Southern District of Texas, Bankruptcy Division, on June 30, 2025. Plaintiff is identified as a creditor in the Bankruptcy Action, and received notice of the same. However, despite this, Plaintiff nonetheless obtained a judgment against both Nivo and Defendant nearly a month following the filing of the Bankruptcy Action.

d. 11 U.S.C. § 362(a)(1) provides that the commencement of a bankruptcy action automatically stays the commencement or continuation of a judicial, administrative, or other action proceeding against the debtor. 11 U.S.C. § 362(a)(1). The imposition of the automatic stay deprives any and all other courts of jurisdiction to render judgment against the debtor.

e. While the automatic stay generally does not apply to nondebtor parties, an exception to this rule is found when "when the claims against the debtor and nondebtor parties are 'inextricably intertwined." *Federal Life Ins. Co. (Mut.) v. First Fin. Group of Tex., Inc.*, 3 B.R. 375, 376–77 (S.D.Tex.1980).

f. In the present case, the imposition of the automatic stay meant that the Rendering Court lacked jurisdiction to enter the Judgment against Nivo. Additionally, because the Judgment is against both Nivo and Defendant, their obligations are so inextricably entwined that the automatic stay extends to any and all attempts to enforce the Judgment against Defendant as well. *Id.*

2

g.   Therefore, because the Rendering Court lacked jurisdiction to render judgment against Nivo and Defendant, the Judgment is void and cannot be enforced under the Uniform Enforcement of Foreign Judgments Act. *Mindis Metals, Inc. v. Oilfield Motor & Control, Inc.*, 132 S.W.3d 477 (Tex. App. Houston 14th Dist. 2004).

### III.   Necessity of Joinder of Necessary Parties Mandates Dismissal

3.   Additionally, Defendant asserts that the present lawsuit should be dismissed for failure to join a necessary party. The Judgment states that Nivo and Defendant are jointly and severally liable. Additionally, the Judgment arises from an obligation for payment by Nivo of the judgment amount arising from a Settlement Agreement and Mutual Release dated January 24, 2025 (the "Settlement Agreement"). Therefore, Nivo's presence in the present lawsuit is so indispensable that Nivo's absence deprives the Court of jurisdiction over the present matter. *See Vondy v. Commissioner's Ct.*, 620 S.W.2d 104, 106 (Tex. 1981). Because of this, the present action should be dismissed for lack of jurisdiction.

Prayer

Therefore, for the forgoing reasons, Defendant prays: (i) that Plaintiff take nothing; (ii) after hearing, that the Court determine that the Judgment is unenforceable as the Rendering Court lacked jurisdiction to enter the Judgment; (iii) award Defendant his costs and attorneys' fees incurred in defending against enforcement of the Judgment; (iv) additionally, and/or in the alternate, dismiss the present case for lack of jurisdiction; and (v) for any and all other relief to which Defendant may be entitled to at law or in equity.

Respectfully submitted,

**SPONSEL MILLER PLLC**

3

*/s/ Zachary Clark*
Thane Tyler Sponsel III
Texas Bar No: 24056361
Zachary Clark
Texas Bar No: 24097502
Allen Landon
Texas Bar No: 24091870
520 Post Oak Blvd, Suite 310
Houston, Texas 77027
(713) 892-5400 Telephone
(713) 892-5401 Facsimile
sponsel@smglawgroup.com
zachary.clark@smglawgroup.com
allen.landon@smglawgroup.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on 7th day of October, 2025, a true and correct copy of the foregoing *Defendant's Original Answer and Affirmative Defenses* has been served on the following interested parties:

Clint Cowan
Texas Bar No: 24109760
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
(214) 981-3800 Telephone
(214) 981-3839 Facsimile
ccowan@lynnllp.com

**Attorney for Plaintiff**

*/s/ Zachary A. Clark*
Zachary A. Clark

4

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Katherine Williams on behalf of Zachary Clark
Bar No. 24097502
katherine.williams@smglawgroup.com
Envelope ID: 106544922
Filing Code Description: Answer/ Response / Waiver
Filing Description: Defendant's Original Answer and Affirmative Defenses
Status as of 10/7/2025 1:47 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Josh Lang | | jlang@lynnllp.com | 10/7/2025 1:06:07 PM | SENT |
| Gina Flores | | gflores@lynnllp.com | 10/7/2025 1:06:07 PM | SENT |
| Kerri Jones | | kjones@lynnllp.com | 10/7/2025 1:06:07 PM | SENT |
| Scot Brown | | swbrown@lynnllp.com | 10/7/2025 1:06:07 PM | SENT |
| Clint Cowan | | ccowan@lynnllp.com | 10/7/2025 1:06:07 PM | SENT |
| Chelsea Till | | ctill@lynnllp.com | 10/7/2025 1:06:07 PM | SENT |
| Heather McLaughlin | | hmclaughlin@lynnllp.com | 10/7/2025 1:06:07 PM | SENT |
| Katherine Williams | | katherine.williams@smglawgroup.com | 10/7/2025 1:06:07 PM | SENT |
| Thane TylerSponsel III | | sponsel@smglawgroup.com | 10/7/2025 1:06:07 PM | SENT |
| Amanda Jamrok | | amanda.jamrok@smglawgroup.com | 10/7/2025 1:06:07 PM | SENT |
| Zachary Clark | | zachary.clark@smglawgroup.com | 10/7/2025 1:06:07 PM | SENT |