**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| NIVO SOLAR LLC, | § | Case No. 25-33752 |
| | § | |
| Debtor. | § | |
| | § | CHAPTER 7 |

**MOTION FOR ENTRY OF AGREED ORDER GRANTING TOKYO CENTURY (USA) INC. RELIEF FROM THE AUTOMATIC STAY**

**This motion seeks an order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 24 days of the date this was served on you (21 days, plus an additional 3 days pursuant to Fed. R. Bank. P. 9006(f)). Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing.**

**Represented parties should act through their attorney.**

NOW COMES TOKYO CENTURY (USA) INC. ("Tokyo Century"), by and through its counsel, and moves this Court for the entry of an agreed order for relief from the automatic stay, and in support thereof states as follows:

**JURISDICTION AND VENUE**

1.     This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 151 and 157.

2.     Venue is appropriate in this Court pursuant to 28 U.S.C. § 1409.

**BACKGROUND**

3.     On June 30, 2025, Nivo Solar LLC (the "Debtor") petitioned this Court for relief pursuant to Chapter 7 of the Bankruptcy Code (the "Petition Date").

**Note 3120**

4.      Non-party Isuzu Finance of America, Inc. ("Isuzu") and Nivo Solar LLC ("Debtor") entered into Secured Promissory Note XXXX3120 dated on or about October 17, 2022 ("Note 3120") for the purpose of loaning funds necessary for Debtor to purchase certain equipment identified more specifically therein. A true and correct copy of Note 3120 is attached hereto as **Exhibit A**.

5.      Tokyo Century entered into a purchase and assignment agreement with Isuzu wherein it purchased Note 3120 from Isuzu and Isuzu assigned its interest in Note 3120 to Tokyo Century.  A true and correct copy of the Purchase of Loan Contract for Note 3120 is attached hereto as **Exhibit B**.

6.      Pursuant to Note 3120, Debtor agreed to make sixty (60) installment payments each in the amount of $1,468.75. The property Debtor financed through Note 3120 is: (1) 2023 Isuzu NPR-HD Crew, VIN: JALC4JI6XP7012585 (the "Note 3120 Collateral"). See Exhibit A.

7.      Tokyo Century is the first lienholder in the Note 3120 Collateral. A true and correct copy of the Certificate of Title is attached hereto as **Exhibit C**.

8.      Debtor's bankruptcy filing is an Event of Default under Note 3120. See Exhibit A, § 9.  Debtor has also failed to make payments for the Note 3120 Collateral.

9.      Pursuant to Note 3120, the Debtor is indebted to Tokyo Century in the amount of $37,768.23.

<u>**Note 3121**</u>

10.     Non-party Isuzu and Debtor entered into Secured Promissory Note XXXX3121 dated on or about October 17, 2022 ("Note 3121") for the purpose of loaning funds necessary for Debtor to purchase certain equipment identified more specifically therein. A true and correct copy of Note 3121 is attached hereto as **Exhibit D**.

11.   Tokyo Century entered into a purchase and assignment agreement with Isuzu wherein it purchased Note 3121 from Isuzu and Isuzu assigned its interest in Note 3121 to Tokyo Century.  A true and correct copy of the Purchase of Loan Contract for Note 3121 is attached hereto as **Exhibit E**.

12.   Pursuant to Note 3121, Debtor agreed to make sixty (60) installment payments each in the amount of $1,464.23. The property Debtor financed through Note 3121 is: (1) 2023 Isuzu NPR-HD, VIN: 54DC4J1D8PS202250 (the "Note 3121 Collateral"). See Exhibit D.

13.   Tokyo Century is the first lienholder in the Note 3121 Collateral. A true and correct copy of the Certificate of Title is attached hereto as **Exhibit F**.

14.   Debtor's bankruptcy filing is an Event of Default under Note 3121. See Exhibit D, § 9.  And Debtor has failed to make payments due pursuant to Note 3121.

15.   Pursuant to Note 3121, the Debtor is indebted to Tokyo Century in the amount of $38,956.16.

## DISCUSSION

16.   Tokyo Century, with the consent of the Chapter 7 Trustee, moves the Court for approval of an Agreed Order granting Tokyo Century relief from the automatic stay as to its Note 3120 Collateral and Note 3121 Collateral (together, the "Collateral").  In support of this Motion, the Parties respectfully state:

17.   The Agreed Order is in the best interest of Debtor's bankruptcy estate and creditors as it eliminates the costs, delays, and risk of loss to the Parties.

18.   Upon information and belief, the Collateral is not being used by Debtor, and is burdensome to the estate and/or is of inconsequential value and benefit to the estate.

19.     As such, Tokyo Century and the Chapter 7 Trustee have agreed that the Debtor has little to no equity in the Collateral and that Tokyo Century should be granted relief from the automatic stay so that it may exercise its remedies related to the Collateral.

20.     As agreed between the Chapter 7 Trustee and Tokyo Century, upon the sale of the Equipment, any amount received above Tokyo Century's claim, if any, will be turned over to the Chapter 7 Trustee.

21.     The undersigned respectfully request that the Court enter the agreed proposed order attached as **Exhibit G**.

WHEREFORE, Tokyo Century (USA) Inc. respectfully requests that this Court enter an order approving the Agreed Order and granting such other and further relief as this Court deems just and proper.

DATED this 10th day of February, 2026.

Respectfully Submitted,

TOKYO CENTURY (USA) INC.,

/s/ Dennis A. Dressler
Dennis A. Dressler (IL #6271183)
Dressler |Peters, LLC
101 W. Grand Ave., Suite 404
Chicago, IL 60654
Phone: (312) 602-7360
Fax: (312) 637-9378
Email: ddressler@dresslerpeters.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 10th day of February 2026, the foregoing Motion for Relief from the Automatic Stay was electronically filed through CM/ECF and true and correct copies were served upon the following parties via the following methods:

**Via the Court's electronic notification system**

- Jeannie Lee Andresen    houston_bankruptcy@lgbs.com
- Allison D Byman    adb@bymanlaw.com, adb@trustesolutions.net;rww.trustee1@gmail.com;cadb11@trustesolutions.net;rah@bymanlaw.com;kst@bymanlaw.com;bam@bymanlaw.com
- Jeffery Dayne Carruth    jcarruth@condontobin.com, jsteele@condontobin.com
- Samuel Clinton Cowan    ccowan@lynnllp.com, kjones@lynnllp.com
- LinhThu Do    ltd@bymanlaw.com, bam@bymanlaw.com;BymanAssociatesPLLC@jubileebk.net
- Erin Moloney Elms-Nemec    eelms@lynnllp.com, mgonzalez@lynnllp.com
- Aaron Matthew Guerrero    aaron.guerrero@bondsellis.com, margeaux.gorman@bondsellis.com
- John Bruster Loyd    bruse@jgl-law.com
- David T. McDowell    david.mcdowell@mhllp.com, Bettina.chavez@emhllp.com
- Diane Wade Sanders    austin.bankruptcy@publicans.com
- Thane Tyler Sponsel    sponsel@smglawgroup.com, chloe@smglawgroup.com
- US Trustee    USTPRegion07.HU.ECF@USDOJ.GOV
- Kimberly A Walsh    bk-kwalsh@oag.texas.gov, sherri.simpson@oag.texas.gov
- Joshua W. Wolfshohl    jwolfshohl@porterhedges.com, egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

**Via First Class U.S. Mail with proper postage prepaid**

Nivo Solar LLC
19311 Tree Canopy Ct
Cypress, TX 77433

Joshua W. Wolfshohl
Porter Hedges LLP
1000 Main, 36th Floor
Houston, TX 77002

Allison D Byman
Byman & Associates PLLC
7924 Broadway, Suite 104
Pearland, TX 77581

US Trustee
Office of the US Trustee
515 Rusk Ave., Ste 3516
Houston, TX 77002

Michael Lee Grady
231 Sand Flat Lane
Temple, TX 76502-7291

LinhThu Do
Byman & Associates PLLC
7924 Broadway St, Ste 104
Pearland, TX 77581-7933

Paula Claudette Montgomery
412 Nancy Drive
O'Fallon, IL 62269

Michael Arnim
6002 Biltmore Court
Rosenberg, TX 77471

Gayle L Butaud
2903 Lawrence Ave
Nederland, TX 77627

Clint Cowan
Lynn Pinker Hurst & Schwegmann, LLP
2100 Ross Avenue, Suite 2700
Dallas, TX 75201

KenWood & Associates, P.C.
14090 Southwest Freeway, Suite 200
Sugar Land, TX 77478

Paula Claudette Montgomery
412 Nancy Drive
O'Fallon, IL 62269

By:      /s/ Dennis A. Dressler
         Dennis A. Dressler