United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 11, 2026
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| NIVO SOLAR LLC, | § | Case No. 25-33752 |
| | § | |
| Debtor. | § | |
| | § | CHAPTER 7 |

## AGREED ORDER GRANTING RELIEF FROM AUTOMATIC STAY
### ECF No. 48

This matter is before the Court on the Motion of Tokyo Century (USA) Inc. ("Tokyo Century"), with the consent of the Chapter 7 Trustee, for entry of an Agreed Order granting Tokyo Century relief from the Automatic Stay ("Motion"). The Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C § 157(b)(2); (c) venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; (d) terms not otherwise defined herein shall have the meaning ascribed to them in the Motion; (e) notice of the filing of the Motion being adequate and appropriate under the circumstances and in compliance with applicable Federal Rules of Bankruptcy Procedure and the Local Rules of this Court; and the Court being fully advised in the premises and for good cause shown, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1) The Motion is granted and Tokyo Century is hereby granted immediate relief from the automatic stay imposed by 11 U.S.C § 362, which is hereby terminated as to the:

- One (1) 2023 Isuzu NPR-HD Crew, VIN: JALC4JI6XP7012585; and
- One (1) 2023 Isuzu NPR-HD, VIN: 54DC4J1D8PS202250

2) Tokyo Century is hereby granted immediate relief from the fourteen (14) day stay imposed by Fed. R. Bankr. P. 4001.

Signed: February 11, 2026

Jeffrey P. Norman
United States Bankruptcy Judge

Agreed:

TOKYO CENTURY (USA) INC.,

/s/ Dennis A. Dressler
Dennis A. Dressler (IL #6271183)
Dressler |Peters, LLC
101 W. Grand Ave., Suite 404
Chicago, IL 60654
Phone: (312) 602-7360
Fax: (312) 637-9378
Email: ddressler@dresslerpeters.com

/s/ Allison D. Byman
Allison D. Byman, Esq.
Chapter 7 Trustee
Byman and Associates, PLLC
7924 Broadway, Suite 104
Pearland, TX 77581
281-884-9269
Email: ab@bymanlaw.com